

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00384-CR

| | | |
|---|---|---|
| STEPHEN MELVIN BONDS, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (61,080-B) |
| V. | § | April 1, 2021 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to accurately reflect an enhanced first-degree-felony offense. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack